# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICO FINANCIAL LIFE AND ANNUITY INS. CO., <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS KELLY, et al, <br><br> Defendants. <br> AND RELATED CROSS-ACTION | CASE NO. CV-F-04-5997 LJO <br><br> **ORDER ON *EX PARTE* APPLICATION TO MODIFY THE SCHEDULING ORDER** |

On September 6, 2005, defendants and cross-complainants Clara M. Lucas, Carlene F. Lucas, Dianne C. Seifuddin and Arlene Beale filed an ex parte application to modify the scheduling conference order. On September 8, 2005, the Court conducted a hearing on the *ex parte* application. Defendants and cross-complainants appeared by telephone by counsel Moses Hall. Plaintiff and cross-defendant Americo Financial Life and Annuity Ins. Co. appeared by telephone by counsel Steve Drobney. Defendant and cross-defendant Thomas Kelly appeared by telephone by counsel Steve Shahbazian.

For good cause shown, the Court grants the *ex parte* application and modifies the scheduling order as follows:

1. The current trial date of December 12, 2005 is VACATED.

2. The Court sets a four day jury trial for January 23, 2006 at 9:00 in Department 6 (LJO).

3. The Court extends the non-expert discovery cut-off for the sole purpose of permitting defendants and cross-complainants Clara M. Lucas, Carlene F. Lucas, Dianne C. Seifuddin and Arlene Beale to take the depositions of K. Milton Higgins, Jr. and of Teresa Wyatt.

4. All other dates in the November 4, 2004 scheduling order remain unchanged.

IT IS SO ORDERED.

**Dated:   September 8, 2005**           /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES MAGISTRATE JUDGE