# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICO FINANCIAL LIFE AND ANNUITY INS. CO.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS KELLY, et al,<br><br>　　　　Defendants.<br>_____/<br>AND RELATED CROSS-ACTION<br>_____/ | CASE NO. CV-F-04-5997 LJO<br><br>**ORDER ON *EX PARTE* APPLICATION TO CONTINUE DEPOSITION DATES** |

On September 29, 2005, defendant Thomas Kelly filed an *ex parte* application to continue deposition dates which conflict with the trial calendar for counsel. Defendants and cross-complainants appeared by telephone by counsel Moses Hall. Plaintiff and cross-defendant Americo Financial Life and Annuity Ins. Co. appeared by telephone by counsel Steve Drobney. Defendant and cross-defendant Thomas Kelly appeared by telephone by counsel Steve Shahbazian.

For good cause shown, the Court grants the *ex parte* application and sets the following schedule:

1. The deposition of deponent Higgins is continued to October 13, 2005.
2. The deposition of deponent Wyatt is continued to October 14, 2005.
3. Defendant and cross-defendant Thomas Kelly's motion to dismiss/motion for summary judgment is continued to October 27, 2005 at 8:15 a.m. in Department 6 (LJO) (Doc. 44).

4. The deadline for cross-complainants to file a supplemental opposition to Kelly's motion is October 21, 2005 by noon. The supplemental opposition should also be faxed to the chambers at 559-498-7289.

5. Plaintiff's motion currently set for October 14, 2005 shall remain set for that date. (Doc. 49, 50.)

6. All other dates in the November 4, 2004 scheduling order remain unchanged.

IT IS SO ORDERED.

**Dated:   October 3, 2005**            **/s/ Lawrence J. O'Neill**
b9ed48                              UNITED STATES MAGISTRATE JUDGE