Stephen P. Drobny, # 222929
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Plaintiff
Americo Financial Life and Annuity Insurance Company

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>     v.<br><br>THOMAS KELLY, CLARA M. LUCAS, CARLENE F. LUCAS, DIANE C. SEIFUDDIN, ARLENE BEALE, all indivdiuals,<br><br>                    Defendants. | Case No.  CIVF 04 5997 AWI LJO<br><br>**STIPULATION RE PAYMENT OF ATTORNEY'S FEES TO PLAINTIFF AMERICO FROM INTERPLED FUNDS AND ORDER THEREON** |
| THOMAS KELLY,<br><br>                    Defendant,<br><br>     v.<br><br>AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY,<br><br>                    Plaintiff. | |

THOMAS KELLY,

                    Cross-complainant,

     v.

CLARA M. LUCAS, CARLENE F.

LUCAS, DIANE C. SEIFUDDIN,
ARLENE BEALE, all individuals,

   Cross-defendants.

## STIPULATION

  Plaintiff AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY ("Americo"), Defendant, Cross-Complainant and Cross-Defendant THOMAS KELLY, and Defendants, Cross-Complainants and Cross-Defendants CLARA M. LUCAS, CARLENE F. LUCAS, DIANE C. SEIFUDDIN, and ARLENE BEALE agree and stipulate as follows:

  As interpleading Plaintiff, Americo has a right to recover its attorney's fees with respect to this proceeding. The parties all agree that Americo should be awarded the sum of $6,907.03 in attorney's fees, such sum to be paid by the clerk of the court from the interpled funds.

Dated: November _____, 2005  By: _____
                Stephen P. Drobny
              Attorney for Americo Financial Life and
                Annuity Insurance Company

Dated: November _____, 2005  By: _____
                  Steven L. Shahbazian
                Attorney for Thomas Kelly

Dated: November _____, 2005  By: _____
                  Moses S. Hall
              Attorney for Clara Lucas, Carlene Lucas,
               Diane Seifuddin and Arlene Beale

# ORDER

Having read the foregoing Stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties' Stipulation becomes the Order of this Court. The clerk of this court is directed to immediately disburse the sum of $6,907.03 from the interpled funds to Americo Financial Life and Annuity Insurance Company.

IT IS SO ORDERED.

Dated:   **December 6, 2005**        /s/ Lawrence J. O'Neill
66h44d                           UNITED STATES MAGISTRATE JUDGE