```
 1  STEVEN L. SHAHBAZIAN -  #062733
    Attorney at Law
 2  5200 N. Palm, Suite 408
    Fresno, California 93704
 3  Telephone: (559) 241-7000
    Facsimile: (559) 241-7119
 4

 5  Attorney for THOMAS KELLY

 6

 7
                    UNITED STATES DISTRICT COURT
 8
                   EASTERN DISTRICT OF CALIFORNIA
 9
                          FRESNO DIVISION
10
    AMERICO FINANCIAL LIFE AND        )  Case No. CIVF-04-5997 AWI LJO
11  ANNUITY INSURANCE COMPANY,        )
                                      )  STIPULATION FOR DISBURSEMENT
12                      Plaintiff,    )  OF INTERPLED FUNDS AND ORDER
                                      )  THEREON
13  v.                                )
                                      )
14  THOMAS KELLY, CLARA M. LUCAS,     )
    CARLENE F. LUCAS, DIANE C.        )
15  SEIFUDDIN, ARLENE BEALE, all      )
    individuals,                      )
16                                    )
                        Defendants.   )
17  _____    )
    THOMAS KELLY,                     )
18                                    )
                        Defendant,    )
19                                    )
    v.                                )
20                                    )
    AMERICO FINANCIAL LIFE AND        )
21  ANNUITY INSURANCE COMPANY,        )
                                      )
22                      Plaintiff.    )
                                      )
    _____    )
23  THOMAS KELLY,                     )
                                      )
24        Cross-complainant,          )
                                      )
25  v.                                )
                                      )
26  CLARA M. LUCAS, CARLENE F.        )
    LUCAS, DIANE C. SEIFUDDIN,        )
27  ARLENE BEALE, all individuals,    )
                                      )
28        Cross-defendants.           )
```

```
1  CLARA M. LUCAS, CARLENE F.        )
   LUCAS, ARLENE BEALE, DIANNE C.    )
2  SEIFUDDIN,                        )
                                     )
3          Cross-complainants,       )
                                     )
4  v.                                )
                                     )
5  THOMAS KELLY, FANNIE KELLY, and   )
   DOES 1 TO 50, INCLUSIVE,          )
6                                    )
           Cross-defedants.          )
7  _____ )
```

## STIPULATION

The remaining parties hereto, being defendant, cross-complainant and cross-defendant THOMAS KELLY, and defendants, cross-complainants and cross-defendants CLARA M. LUCAS, CARLENE F. LUCAS, DIANE C. SEIFUDDIN and ARLENE BEALE agree and stipulate that all interpled funds in this case being held by the Clerk of this court shall be disbursed by said Clerk as follows:

1.   The sum of $115,000.00 on behalf of defendants, cross-complainants and cross-defendants, CLARA M. LUCAS, CARLENE F. LUCAS, DIANE C. SEIFFUDIN and ARLENE BEALE, by payment of said amount to their attorney of record, payable to "MOSES S. HALL TRUST ACCOUNT."

2.   The rest and remainder of all said interpled funds are to to disbursed to defendant, cross-complainant and cross-defendant THOMAS KELLY by payment to "THOMAS KELLY," in care of his attorney of record, STEVEN L. SHAHBAZIAN.

Dated:   March _22_ , 2006     By:____/S/Moses S. Hall
                                       Moses S. Hall
                                       Attorney for Clara Lucas,
                                       Carlene Lucas, Diane Seifuddin
                                       And Arlene Beale

Dated:   March 23, 2006   By: /s/ Steven L. Shahbazian
                                  Steven L. Shahbazian
                                  Attorney for Thomas Kelly

### *ORDER*

Having read the foregoing Stipulation of the parties hereto, and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulation of the parties hereto shall become the Order of this Court.  The Clerk of this court is directed to disburse the sum of $115,000.00 from the interpled funds to the MOSES S. HALL TRUST ACCOUNT and the rest and remainder of all sums held by this court to "THOMAS KELLY," less the Court's registry service fees.

IT IS SO ORDERED.

**Dated:   March 28, 2006**              /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES MAGISTRATE JUDGE