May 02 06 12:51p  Shahbazian Bacon Miles  559-241-7119  p.3
Case 1:04-cv-05997-NEW Document 92 Filed 05/10/2006 Page 1 of 6
Case 1:04-cv-05997-NEW Document 93 Filed 05/17/06 Page 1 of 6

1  STEVEN L. SHAHBAZIAN - #062733
   Attorney at Law
2  5200 N. Palm, Suite 408
   Fresno, California 93704
3  Telephone: (559) 241-7000
   Facsimile: (559) 241-7119
4

5  Attorney for THOMAS KELLY

6



**FILED**
MAY 1 7 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7
              UNITED STATES DISTRICT COURT
8
              EASTERN DISTRICT OF CALIFORNIA
9
                      FRESNO DIVISION
10

| | |
|---|---|
| AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY, | Case No. CIVF-04-5997 AWI LJO |
| Plaintiff, | STIPULATION FOR DISMISSAL AND ORDER |
| v. | (Fed.R.Civ.P.41(a)(1)(ii)) |
| THOMAS KELLY, CLARA M. LUCAS, CARLENE F. LUCAS, DIANE C. SEIFUDDIN, ARLENE BEALE, all individuals, | |
| Defendants. | |
| THOMAS KELLY, | |
| Defendant, | |
| v. | |
| AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY, | |
| Plaintiff. | |
| THOMAS KELLY, | |
| Cross-complainant, | |
| v. | |
| CLARA M. LUCAS, CARLENE F. LUCAS, DIANE C. SEIFUDDIN, ARLENE BEALE, all individuals, | |
| Cross-defendants. | |

STIPULATION FOR DISMISSAL AND ORDER
Case No. CIVF 04 5997 AWI LJO

Page 1 of 3

```
 1
 2  CLARA M. LUCAS, CARLENE F.       )
    LUCAS, ARLENE BEALE, DIANNE C.   )
 3  SEIFUDDIN,                       )
                                     )
 4          Cross-complainants,      )
                                     )
 5  v.                               )
                                     )
 6  THOMAS KELLY, DOES 1 TO 50,      )
    INCLUSIVE,                       )
 7                                   )
            Cross-defedants.         )
 8  _____)
```

## STIPULATION

The remaining parties to this action, namely, THOMAS KELLY, CLARA M. LUCAS, CARLENE G. LUCAS, DIANNE C. SEIFUDDIN and ARLENE BEALE, through the signatures of their counsel of record on this stipulation, agree and stipulate to dismiss this action with prejudice pursuant to the terms of the "Order After Trial" filed in Fresno County Superior Court on April 3, 2006, in Case No. 05 CE PR 01177 (In the Matter of the IRREVOCABLE TRUST OF VIRGINIA KELLY), attached to this stipulation and order and incorporated by reference in this stipulation and order and fully made a part thereof.

Dated: May 2, 2006     By: _Moses S. Hall_
                              Moses S. Hall
                       Attorney for Clara Lucas,
                       Carlene Lucas, Diane Seifuddin
                              and Arlene Beale


Dated: May 5, 2006     By: _____
                              Steven L. Shahbazian
                       Attorney for Thomas Kelly

STIPULATION FOR DISMISSAL AND ORDER
Case No. CIVF 04 5997 AWI LJO

Page 2 of 3

ORDER OF DISMISSAL

The Court has reviewed the Stipulation set forth above and the terms and conditions of the "Order After Trial" attached to this Order as Exhibit "A" and incorporated herein as if set forth in full. Good Cause Appearing thereby,

IT IS THEREBY ORDERED AS FOLLOWS:

1. This matter be dismissed with prejudice;

2. This dismissal is expressly conditioned on the terms and conditions of the "Order After Trial" attached hereto and incorporated in this Order;

3. Each party is to bear his/her own costs and attorney's fees, as provided for in the attached "Order After Trial."

Dated: May 16, 2006

LAWRENCE J. O'NEILL
UNITED STATES MAGISTRATE JUDGE

```
 1 │ Moses S. Hall (SBN 153759)
   │ LAW OFFICES OF MOSES S. HALL
 2 │ 2651 East Chapman Avenue, Suite 110
   │ Fullerton, California 92831
 3 │ Telephone: (714) 738-4830
   │ Facsimile: (714) 992-7916
 4 │
 5 │ Attorney for Petitioners
   │ CLARA LUCAS, CARLENE LUCAS,
 6 │ DIANNE SEIFUDDIN, ARLENE BEALE
```

FILED
APR 0 3 2006
FRESNO COUNTY SUPERIOR COURT
By_____
DEPUTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF FRESNO

In the Matter of the:

IRREVOCABLE TRUST OF VIRGINIA KELLY 07-19-97 AS AMENDED ON 03-21-03,

Deceased.

---

CLARA LUCAS, CARLENE LUCAS, DIANNE SEIFUDDIN, ARLENE BEALE, all individuals,

Petitioners,

v.

THOMAS KELLY, an individual; FANNIE M. KELLY, an individual; and DOES 1 to 20, Inclusive.

Respondent.

Case No. 05 CE PR 01177

ORDER AFTER TRIAL

Date : March 7, 20006
Dept.: 52
Judge James L. Quaschnick

The matter came on regularly for trial on March 7 and March 9, 2006, in Department 52 of the above court, the Honorable James L. Quaschnick, Judge Presiding.

The petitioners, CLARA LUCAS, CARLENE LUCAS, DIANNE SEIFUDDIN and ARLENE BEALE, and each of them, were represented by the Law Offices of Moses S. Hall.

ORDER AFTER TRIAL
Case No. 05CEOR01177

Page 1 of 3

The respondents, THOMAS KELLY and FANNIE KELLY, and each of them, were represented by the Law Office of Steven L. Shahbazian. Upon Stipulation of the parties in open court, the court finds that the parties have agreed to the following settlement of this case:

1. The sum of $115,000.00 will be paid to the petitioners by payment to the "Trust Account of the Law Offices of Moses S. Hall" as a full and final settlement of any and all claims by petitioners against respondents in this matter.

2. The funds for the payment in paragraph 1, above, are to be released by the Federal District Court (Eastern District) which are presently being held in the matter of AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY vs. THOMAS KELLY, CLARA M. LUCAS, CARLENE F. LUCAS, DIANNE C. SEIFUDDIN, ARLENE BEALE, all individuals, in Case Number CIVF-04-5997 AWI LJO by the court.

3. As a further term and condition of the settlement of this matter, the parties further agree that the remainder of the funds held by the District Court in the aforementioned matter shall be disbursed to THOMAS KELLY, respondent.

4. Upon the release of funds as set forth above, this matter shall be dismissed with prejudice.

5. The parties further agree that the act of the release of the funds will constitute a full, final and complete settlement and release by each party against the other of any and all claims, charges, demands and causes of action arising out of or in any way related to the Virginia Kelly Trust, the Virginia Kelly Estate and the Amerigo Annuity, which was the subject matter of this particular litigation, or any other asset in which the Virginia Kelly Trust or the Virginia Kelly Estate has or may claim an interest.

6. Each party shall be responsible for his/her own attorney's fees and costs incurred in the prosecution of this matter and in the related federal case.

7. Each party who receives funds from the federal court action shall be solely responsible for the tax consequences, if any, as a result of the receipt of those funds.

8. The court, having acknowledged that each and every party understood and agreed to the terms of the settlement agreement, finds the acceptance of said agreement by the parties as binding and enforceable pursuant to California Code of Civil Procedure §664.6.

9. The petitioners CARLENE LUCAS, DIANNE SEIFUDDIN and ARLENE BEALE are dismissed from the action.

10. Petitioners' counsel to file a dismissal with prejudice upon release of the funds from the federal court as set forth above, but in no event said dismissal shall be filed no more than 60 days from March 9, 2006.

IT IS SO ORDERED.

Dated: APR 03 2006

James L. Quaschnick
JAMES L. QUASCHNICK
JUDGE OF THE SUPERIOR COURT

APPROVED AS TO FORM AND CONTENT.

STEVEN I. SHAHBAZIAN, Attorney for THOMAS KELLY and FANNIE M. KELLY

ORDER AFTER TRIAL
Case No. 05CEOR01177

Page 3 of 3